No. 285. FEDERAL BROADCASTING SYSTEM, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION; and

No. 532. STAR TELEVISION, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions. *Edward J. Grenier, Jr.,* for petitioner in No. 285, and *Benedict P. Cottone* and *John C. Eldridge* for petitioners in No. 532. *Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Henry Geller, John H. Conlin,* and *Lenore G. Ehrig* for respondent Federal Communications Commission in both cases, and *Thomas N. Dowd, Harold David Cohen,* and *J. Laurent Scharff* for respondent Flower City Television Corp., in No. 532. Reported below: 135 U. S. App. D. C. 71, 416 F. 2d 1086.

No. 357. GENERAL TELEPHONE COMPANY OF CALIFORNIA ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 450. NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions. *Victor H. Kramer* and *Melvin Spaeth* for General Telephone Company of California et al., *Edmund E. Harvey* and *Lloyd D. Young* for United Inter-Mountain Telephone Co. et al., and *Hugh B. Cox* for Chesapeake & Potomac Telephone Company of Virginia et al., petitioners in No. 357; and *Paul Rodgers* for petitioner in No. 450. *Solicitor General Griswold, Assistant Attorney General McLaren, Henry Geller, John H. Conlin,* and *Lenore G. Ehrig* for respondents Federal Communications Commission et al., in both cases. Reported below: 134 U. S. App. D. C. 116, 413 F. 2d 390.